Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Patricia Scales Thompson |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE (Nashville) |
| Case number | 15-04320 |

**Official Form 410S2**
# Notice of Postpetition Mortgage Fees, Expenses, and Charges

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** U.S. Bank National Association

**Last 4 digits** of any number you use to identify the debtor's account: 3287

**Court claim no.** (if known): 9

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☑ No
☐ Yes. Date of the last notice _____

## Part 1: Itemized Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ 0.00 |
| 3. Attorney fees | | (3) $ 0.00 |
| 4. Filing fees and court costs | | (4) $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 11-12-2015 | (5) $ 650.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ 0.00 |
| 7. Property inspection fees | | (7) $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) $ 0.00 |
| 11. Other. Specify: | | (11) $ 0.00 |
| 12. Other. Specify: | | (12) $ 0.00 |
| 13. Other. Specify: | | (13) $ 0.00 |
| 14. Other. Specify: | | (14) $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

[✓] I am the creditor.    [ ] I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X    /s/ Cornelius Dawson                              Date   05/09/2016
     Assistant Secretary

Specific Contact Information:                Nationstar Mortgage, LLC.
P: 877-782-7612                              PO Box 619096
PCN-PPFN.Inquiries@nationstarmail.com
                                             Dallas, TX 75261-9741

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE (Nashville)

Chapter 13 No. 15-04320

In re:

Judge: Randal S Mashburn

Patricia Scales Thompson

        Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on May 09, 2016, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:  Patricia Scales Thompson
    3209 Panorama Drive
    Nashville, TN 37218

Debtor's Attorney: ALEXANDER S KOVAL
    ROTHSCHILD & AUSBROOKS, PLLC
    1222 16TH AVE S
    SUITE 12
    NASHVILLE, TN 37212-2926

Trustee: HENRY EDWARD HILDEBRAND, III
    OFFICE OF THE CHAPTER 13 TRUSTEE
    PO BOX 340019
    NASHVILLE, TN 37203-0019

/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent

Case 3:15-bk-04320　　Doc 47　　Filed 05/09/16　　Entered 05/09/16 15:04:55　　Desc Main
1810103-fad88d39-d249-47d8-ba76-ac6c52e128ed-　　Document　　Page 3 of 3