Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 8/3/2016

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PATRICIA SCALES THOMPSON, | ) | Case No. 3:15-04320 |
| | ) | Chapter 13 |
| Debtor. | ) | Judge MASHBURN |
| | ) | |
| PATRICIA SCALES THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 16-ap-90038 |
| | ) | |
| NATIONSTAR MORTGAGE, LLC, US BANK | ) | |
| NATIONAL ASSOCIATION, AS TRUSTEE, | ) | |
| SUCCESSOR IN INTEREST TO BANK OF | ) | |
| AMERICA NATIONAL ASSOCIATION, AS | ) | |
| TRUSTEE, SUCCESSOR BY MERGER TO | ) | |
| LASALLE BANK NATIONAL | ) | |
| ASSOCIATION, AS TRUSTEE FOR | ) | |
| MERRILL LYNCH MORTGAGE INVESTORS | ) | |
| TRUST, MORTGAGE LOAN ASSET- | ) | |
| BACKED CERTIFICATES, SERIES 2006- | ) | |
| HE2, and LIME FINANCIAL, LTD, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO RECONSIDER DISALLOWANCE OF CLAIM**

This matter is before the court on the Motion of Nationstar Mortgage, LLC and US Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, Successor by Merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE2

(collectively, "Nationstar") to reconsider disallowance of Claim No. 9 pursuant to Fed. R. Bankr. P. 3008, and to vacate the Court's February 1, 2016, Order Disallowing Claim No. 9 of US Bank/Nationstar Mortgage (Docket No. 38).

AND IT APPEARING that the motion is well-taken and that good and sufficient cause for this Order has been shown;

AND IT FURTHER, APPEARING that notice of said motion has been given to parties-in-interest, and that no objection has been filed.

It is, accordingly, ORDERED that the motion is granted;

IT IS FURTHER, ORDERED that the Court's Order disallowing Claim No. 9, entered February 1, 2016 (Docket No. 38), is vacated pursuant to Fed. R. Bankr. P. 3008.

IT IS SO ORDERED.

*This order was entered electronically, as indicated on the first page*

APPROVED FOR ENTRY:

/s/ D. Hiatt Collins
D. Hiatt Collins
Gullett, Sanford, Robinson & Martin, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-4994
hcollins@gsrm.com; lcatabay@gsrm.com

*Attorneys for Nationstar Mortgage, LLC and*
*US Bank National Association, as Trustee,*
*successor in interest to Bank of America National*
*Association, as Trustee, Successor by Merger to*
*LaSalle Bank National Association, as Trustee for*
*Merrill Lynch Mortgage Investors Trust, Mortgage*
*Loan Asset-Backed Certificates, Series 2006-HE2*

654378.1/2016266

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:15-bk-04320   Doc 55   Filed 08/04/16   Entered 08/04/16 08:56:07   Desc Main Document      Page 2 of 2