UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

In Re: Case No. 3:15-bk-04320

Patricia Scales Thompson fka Patricia Ann Scales, Chapter 13

Debtor. Judge Randal S. Mashburn

AGREED ORDER RESOLVING TRUSTEE'S REQUEST FOR DETERMINATION OF AMOUNTS
NECESSARY TO MAINTAIN PAYMENTS AND CURE ANY POSTPETITION DEFAULT UNDER
§ 1322(b)(5) AND REQUEST FOR RELIEF UNDER RULE 3002.1(i)

This matter was scheduled to be heard on January 24th, 2018, continued from January 3, 2018, continued from December 13, 2017, upon the Trustee's Request for Determination of Amounts Necessary to Maintain Payments and Cure any Postpetition Default Under § 1322(b)(5) and Request for Relief Under Rule 3002.1(i).

The Chapter 13 Trustee, by his electronic signature below, indicates consent to the resolution of his Request for Determination of Amounts Necessary to Maintain Payments and Cure any Postpetition Default Under § 1322(b)(5) and Request for Relief Under Rule 3002.1(i), on the terms stated in this order and it is, therefore,

ORDERED, that the payment for Claim 9 remained $598.22 from July 2017 through November 2017 in accordance with the originally filed notice of payment change; it is further

ORDERED, that the change at Docket Entry [100] (the payment on the amended notice in the amount of $638.00) did not become required to maintain payments or cure any postpetition default under §1322(b)(5) until the payment due December 1, 2017; it is further

ORDERED, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE2 ("U.S. Bank National Association") shall credit the escrow account for the difference of the overpayment in the amount of $198.90; it is further

ORDERED, that the creditor and any servicer for such creditor are prohibited and forever barred from assessing any fees, costs, or set-off amounts against the debtor or against the property that serves as collateral for its loan in connection with the motion resolved by this agreed order.

Debtor's counsel joins in this Order solely for the purpose of resolving the pending motion by the Chapter 13 Trustee and without prejudice as to any claim by the debtor.

This order was signed and entered electronically as indicated at the top of the first page

*/s/ Kyle Stewart*
Kyle Stewart, Attorney for Creditor, Bar # 33796
kstewart@logs.com |704-831-2341
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Bonnie Culp
bculp@logs.com | 704-249-0065
Electronic Service Notifications: tnecf@logs.com

/s/ Mary Elizabeth Ausbrooks
Attorney for Debtor
Mary Elizabeth Ausbrooks
Rothschild & Ausbrooks
1222 16th Ave So.
Suite 12
Nashville, TN 37212-2926Alexander S. Koval
Rothschild & Ausbrooks, PLLC
1222 16th Ave S
Suite 12
Nashville, TN 37212-2926
615-242-3996
marybeth@rothschildbklaw.com

/s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, c=US,
o=chapter 13 trustee, ou=finance(51),
email=pleadings@ch13nsh.com
Date: 2018.01.23 13:33:08 -06'00'

Henry Edward Hildebrand, III
Chapter 13 Trustee
PO Box 340019
Nashville, TN 37203-0019
Phone: (615)244-1101
Fax: (615)242-6593
pleadings@ch13nsh.com

Entities to be Served:

(Electronic Service)
Mary Elizabeth Ausbrooks
Rothschild & Ausbrooks
1222 16th Ave So.
Suite 12
Nashville, TN 37212-2926

(Electronic Service)
Alexander S. Koval
Rothschild & Ausbrooks, PLLC
1222 16th Ave S
Suite 12
Nashville, TN 37212-2926

(Service by US Mail)
Patricia Scales Thompson fka Patricia Ann Scales
3209 Panorama Drive
Nashville, TN 37218

(Electronic Service)
Henry Edward Hildebrand, III
PO Box 340019
Nashville, TN 37203-0019