**Fill in this information to identify the case:**

Debtor 1   Patricia Scales Thompson

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle   District of   Tennessee
(State)

Case number   3:15-bk-04320

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust N.A., as Trustee of the Cabana Series III Trust

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 2 1 1 5

**Property address:** 3209 Panorama Drive
Number   Street

_____

Nashville, TN 37212
City   State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   08/01/2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/___/_____
MM / DD / YYYY

| Debtor 1 | Patricia Scales Thompson | | Case number (*if known*) 3:15-bk-04320 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Michelle R. Ghidotti-Gonsalves, Esq.  Date 7/23/2020

Signature

Print: Michelle R. Ghidotti-Gonsalves    Title: Counsel for Secured Creditor

Company: Ghidotti Berger, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 920 Old Tustin Avenue
Santa Ana, CA 92705

Contact phone (949) 427 – 2010    Email: bknotifications@ghidottiberger.com

# CERTIFICATE OF SERVICE

On July 23, 2020, I served the foregoing document described as *Response to Notice of Final Cure* on the following individuals by electronic means through the Court's ECF program:

**COUNSEL(S) FOR DEBTOR(S)**

Mary Elizabeth Ausbrooks	marybeth@rothschildbklaw.com,
	rothschildbklawnotice@gmail.com,
	bethmr72429@notify.bestcase.com

**TRUSTEE(S) / COUNSEL(S) FOR TRUSTEE(S)**

Henry Edward Hildebrand, III	hhecf@ch13nsh.com
U.S. Trustee	ustpregion08.na.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker

On July 23, 2020, I served the foregoing documents described as *Response to Notice of Final Cure* on the following individuals by depositing true copies thereof in the United States mail at North Miami Beach, FL, enclosed in a sealed envelope, with postage paid, addressed as follows:

*Debtor*
**Patricia Scales Thompson**
3209 Panorama Drive
Nashville, TN 37218

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker